NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY BEY, a/k/a TIMOTHY DORTCH, )
JR.,                                )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D18-275
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; Bruce Kyle, Judge.

Timothy Bey, pro se.


PER CURIAM.

Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Johnson v.

State, 974 So. 2d 363 (Fla. 2008); Logan v. State, 846 So. 2d 472 (Fla. 2003); State v.

King, 426 So. 2d 12 (Fla. 1982); Harris v. State, 818 So. 2d 567 (Fla. 2d DCA 2002).


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.